UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-21072-JAL

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

LA CARRETA ENTERPRISES RE HOLDINGS LLC and LA CARRETA ENTERPRISES INC. d/b/a LA CARRETA RESTAURANT,

    Defendant.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, ("Plaintiff"), and Defendants, LA CARRETA ENTERPRISES RE HOLDINGS LLC and LA CARRETA ENTERPRISES INC. d/b/a LA CARRETA RESTAURANT ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled as between Plaintiff and Defendants, and stipulate to the immediate dismissal of the claims brought against Defendant with prejudice.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on June 13, 2025.

| | |
|---|---|
| _/s/ Anthony J. Perez_<br>ANTHONY J. PEREZ, ESQ.<br>Fla Bar No.: 535451<br>ANTHONY J. PEREZ LAW GROUP, PLLC<br>7950 W. Flagler Street, Suite 104<br>Miami, Florida 33144<br>Telephone: (786) 361-9909<br>E-Mail: ajp@ajperezlawgroup.com<br>*Counsel for Plaintiff* | _/s/ Nolan Klein_____<br>NOLAN KLEIN, ESQ.<br>Florida Bar No. 647977<br>LAW OFFICES OF NOLAN KLEIN, P.A.<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431<br>PH: (954) 745-0588<br>Email: klein@nklegal.com<br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on June 13, 2025.

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.